UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Crim. No. 5:18-CR-28-BO-1

| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| CHRISTIAN GERALD DESGROUX | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon review of the Defendant's Motion to Seal and for good cause appearing, it is hereby ordered that the Defendant be allowed to file under seal his Motion To Determine Competency and Sanity of the Defendant.

IT IS SO ORDERED.

This 23 day of February, 2018.

*Terence Boyle*